IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALBERT HANSEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VENTURA COUNTY TRANSPORTATION COMMISSION; VENTURA COUNTY TRANSPORTATION COMMISSION DIRECTOR DARREN KETTLE, COUNTY OF VENTURA, AND DOES 1-50.<br><br>　　　　　Defendants. | Case No.: 2:13cv8582 DSF (ASx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

　　FOR GOOD CAUSE SHOWN, the court grants the stipulated protective order agreed upon by all parties to the above captioned matter and filed by Plaintiff's counsel on April 9, 2014.

Dated: April 16, 2014　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Alka Sagar
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　FEDERAL DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA